UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 12-34169-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

RUBEN F ZUNIGA
XXX-XX-7299
LINDA V COLON
XXX-XX-3731

DEBTORS_____/

### TRUSTEE'S MOTION FOR TURNOVER OF OVERPAYMENT TO CREDITOR AND IMPOSITION OF SANCTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing.

The Trustee respectfully moves this Court for an Order for Turnover of Overpayment to DEPT OF ECONOMIC OPPORTUNITY ("Creditor"), and Imposition of Sanctions and states as follows:

1. The Debtors filed a voluntary petition on **October 8, 2012**.

2. A payment in the amount of **$6.27** was inadvertently disbursed to Creditor pursuant to the Confirmed Chapter 13 plan.

3. The overpayment was revealed during a routine internal audit.

4. Immediately upon knowledge of the overpayment, the Trustee requested, by letter, Creditor return the overpayment to the Trustee.

5. To date, Creditor have failed to respond to and comply with the Trustee's request for return of the overpayment.

6. Creditor are not entitled to the overpayment pursuant to the confirmed plan.

7. Creditor would enjoy a windfall if not required to turnover the overpayment to the Trustee.

8. Sanctions should be imposed against Creditor for Creditor's willful failure to comply with the Trustee's request, in violation of the mandatory turnover provision of 11 U.S.C. Section 542(a).

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order for Turnover of the Overpayment by a date certain, for Imposition of Sanctions against Creditor, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 12th day of January, 2016.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
RUBEN F ZUNIGA
LINDA V COLON
2512 EVERGLADES DR
HOLLYWOOD, FL  33023

**ATTORNEY FOR DEBTORS**
EFRAIN CORTES, ESQUIRE
PO BOX 590173
FT. LAUDERDALE, FL  33359

**CREDITOR**
DEPT OF ECONOMIC OPPORTUNITY
PO DRAWER 5050
TALLAHASSEE, FL  32314-5050

FLORIDA UNEMPLOYED COMPENSATIO
C/O AGENCY FOR WORKFORCE INNOV
PO BOX DRAWER 5150
TALLAHASSEE, FL  32314-5150